**IN THE COMMONWEALTH COURT OF PENNSYLVANIA**

In re: Nomination Petition of      :
John Broadhurst as Democratic    :
Candidate for Office for U.S.      :
Representative in Congress 10th   :     No. 96 M.D. 2024
Congressional District of Pennsylvania  :
                                    :
Objection of:  Martha C. Peck     :

## O R D E R

AND NOW, this 20th day of March, 2024, it is hereby ORDERED as follows:

(1)    The opinion in the above matter, filed March 8, 2024, is hereby AMENDED as shown in the highlighted language of the attached opinion.

(2)    The opinion in the above matter shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported as amended by this Order.

_____
**RENÉE COHN JUBELIRER,** President Judge